# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

| | |
|---|---|
| **No. 07-5388** | **September Term, 2007** |
| | 07cv01712 |
| | Filed On: February 25, 2008 |

[1100740]
Milton Jones,
    Appellant

    v.

United States Parole Commission, et al.,
    Appellees

### ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                        FOR THE COURT:
                                        Mark J. Langer, Clerk

BY:                                  
                                        Ken Meadows, Jr.
                                        Deputy Clerk